UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  HELEN N. FELICIANO,

Case No.: 18-21125
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Bunce D. Atkinson__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __August 7, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 69 Gainscott Lane, Willingboro, NJ 08046 ($153,688.00)

Liens on property: SLS-8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129 ($160,359.00)

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name:  Bunce D. Atkinson, Esq.
Address:  PO Box 8415, Red Bank, NJ 07701
Telephone No.:  732-530-5300

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Helen N Feliciano
    Debtor

Case No. 18-21125-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 06, 2018
                     Form ID: pdf905    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.
```
db             +Helen N Feliciano,    69 Gainscott Lane,    Willingboro, NJ 08046-3029
517567890      +SLS,    8742 Lucent Blvd.,    Suite 300,    Highlands Ranch, CO 80129-2386
517567891      +State of NJ / Dept. of Treasury,    PO Box 002,    Trenton, NJ 08625-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2018 23:23:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2018 23:23:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517567878      +E-mail/Text: mary.stewart@abcofcu.org Jul 06 2018 23:24:23      Abco Federal Cr Union,
                 Po Box 247,    Rancocas, NJ 08073-0247
517567879       E-mail/Text: cio.bncmail@irs.gov Jul 06 2018 23:22:49      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517567880      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 06 2018 23:22:36      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517567881      +E-mail/PDF: pa_dc_claims@navient.com Jul 06 2018 23:28:08      Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
517570320      +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 23:28:00      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517567892      +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 23:28:01      Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
517567893      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 06 2018 23:22:22
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517567884*     +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
517567885*     +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
517567886*     +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
517567887*     +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
517567888*     +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
517567889*     +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
517567882*     +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
517567883*     +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
                                                                                  TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2018 at the address(es) listed below:
```
              Bunce Atkinson     on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,    NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce Atkinson     bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Denise E. Carlon     on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Edward R Wiercinski     on behalf of Debtor Helen N Feliciano erw@partnerinthelaw.com
              Kevin Gordon McDonald     on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series
               2007-10 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```