# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re: : Case no.: 18-21125-KCF

Helen N Feliciano

Chapter: 7

Judge: Ferguson

Debtor(s)

## CERTIFICATION OF NO OBJECTION

I ___Alyson M. Guida___, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
69 Gainscott Lane, Willingboro, NJ 08046

JEANNE A. NAUGHTON, Clerk

Date: 8/1/2018    By: Alyson M. Guida

*rev.2/10/17*