**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Helen N Feliciano<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx−xx−0230 |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 18−21125−KCF | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Helen N Feliciano
fka Helen N Logan, fka Helen N Anthony

8/31/18

**By the court:** Kathryn C. Ferguson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Helen N Feliciano
Debtor

Case No. 18-21125-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 1 Date Rcvd: Aug 31, 2018
Form ID: 318 Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.

db +Helen N Feliciano, 69 Gainscott Lane, Willingboro, NJ 08046-3029
517567890 +SLS, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386
517567891 +State of NJ / Dept. of Treasury, PO Box 002, Trenton, NJ 08625-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

smg E-mail/Text: usanj.njbankr@usdoj.gov Aug 31 2018 23:04:31 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 31 2018 23:04:27 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
517567878 +E-mail/Text: mary.stewart@abcofcu.org Aug 31 2018 23:05:30 Abco Federal Cr Union, Po Box 247, Rancocas, NJ 08073-0247
517567879 EDI: IRS.COM Sep 01 2018 02:44:00 IRS, PO Box 7346, Philadelphia, PA 19101-7346
517567880 +EDI: CBSKOHLS.COM Sep 01 2018 02:43:00 Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120
517567881 +EDI: NAVIENTFKASMSERV.COM Sep 01 2018 02:43:00 Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500
517570320 +EDI: RMSC.COM Sep 01 2018 02:44:00 Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
517567892 +EDI: RMSC.COM Sep 01 2018 02:44:00 Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061
517567893 +EDI: VERIZONCOMB.COM Sep 01 2018 02:44:00 Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225

TOTAL: 9

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

517567884* +Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500
517567885* +Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500
517567886* +Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500
517567887* +Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500
517567888* +Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500
517567889* +Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500
517567882* +Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500
517567883* +Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500

TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2018 at the address(es) listed below:

Bunce Atkinson on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com, maraujo@atkinsondebartolo.org
Bunce Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
Denise E. Carlon on behalf of Creditor The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
Edward R Wiercinski on behalf of Debtor Helen N Feliciano erw@partnerinthelaw.com
Kevin Gordon McDonald on behalf of Creditor The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-10 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6